**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6466**

─────────

WILLIE REID, a/k/a William Rogers, a/k/a
Willie Reed,

Petitioner - Appellant,

versus

RONALD HUTCHINSON, Warden; JOHN JOSEPH CURRAN,
JR., The Attorney General of the State of
Maryland,

Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge.
(CA-01-248-WMN)

─────────

Submitted: May 31, 2001        Decided: June 11, 2001

─────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Willie Reid, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Reid seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Reid v. Hutchinson, No. CA-01-248-WMN (D. Md. Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2